# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

## CHAPTER 13 PLAN
## AND RELATED MOTIONS

Name of Debtor(s):  **Christopher Woods**
**Marie Celeste Woods**                    Case No:  **11-12708**

This plan, dated   <u>April 26, 2011</u>  , is:

- ■ the *first* Chapter 13 plan filed in this case.
- ☐ a modified Plan, which replaces the
  ☐confirmed or ☐unconfirmed Plan dated .

  Date and Time of <u>Modified Plan</u> Confirming Hearing:

  Place of <u>Modified Plan</u> Confirmation Hearing:

The Plan provisions modified by this filing are:

Creditors affected by this modification are:

**NOTICE: YOUR RIGHTS WILL BE AFFECTED. You should read these papers carefully. If you oppose any provision of this Plan, or if you oppose any included motions to (i) value collateral, (ii) avoid liens, or (iii) assume or reject unexpired leases or executory contracts, you MUST file a timely written objection.**

**This Plan may be confirmed and become binding, <u>and the included motions in paragraphs 3, 6, and 7 to value collateral, avoid liens, and assume or reject unexpired leases or executory contracts may be granted</u>, without further notice or hearing unless a written objection is filed not later than seven (7) days prior to the date set for the confirmation hearing and the objecting party appears at the confirmation hearing.**

The debtor(s)' schedules list assets and liabilities as follows:

Total Assets: **$436,977.63**
Total Non-Priority Unsecured Debt: **$94,779.22**
Total Priority Debt: **$1,076.00**
Total Secured Debt: **$317,437.90**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

1.    **Funding of Plan.**  The debtor(s) propose to pay the trustee the sum of **$867.00 Monthly for 60 months**.  Other payments to the Trustee are as follows:  ___**NONE**___ .  The total amount to be paid into the plan is $  **52,020.00**  .

2.    **Priority Creditors.**  The Trustee shall pay allowed priority claims in full unless the creditor agrees otherwise.

   A.    **Administrative Claims under 11 U.S.C. § 1326.**

      1.    The Trustee will be paid the percentage fee fixed under 28 U.S.C. § 586(e), not to exceed 10%, of all sums disbursed except for funds returned to the debtor(s).
      2.    Debtor(s)' attorney will be paid $  **525.00**  balance due of the total fee of $  **3,500.00**  concurrently with or prior to the payments to remaining creditors.

   B.    **Claims under 11 U.S.C. §507.**
      The following priority creditors will be paid by deferred cash payments pro rata with other priority creditors or in monthly installments as below, except that allowed claims pursuant to 11 U.S.C. § 507(a)(1) will be paid prior to other priority creditors but concurrently with administrative claims above:

| Creditor | Type of Priority | Estimated Claim | Payment and Term |
|---|---|---|---|
| **Prince WIlliam County** | **Taxes and certain other debts** | **1,076.00** | **Prorata**<br>**3 months** |

3.    **Secured Creditors: Motions to Value Collateral ("Cramdown"), Collateral being Surrendered, Adequate Protection Payments, and Payment of certain Secured Claims.**

   A.    **Motions to Value Collateral (other than claims protected from "cramdown" by 11 U.S.C. § 1322(b)(2) or by the final paragraph of 11 U.S.C. § 1325(a)). Unless a written objection is timely filed with the Court, the Court may grant the debtor(s) motion to value collateral as set forth herein.**

   This section deals with valuation of certain claims secured by real and/or personal property, other than claims protected from "cramdown" by 11 U.S.C. § 1322(b)(2) [real estate which is debtor(s)' principal residence] or by the final paragraph of 11 U.S.C. § 1325(a) [motor vehicles purchased within 910 days or any other thing of value purchased within 1 year before filing bankruptcy], in which the replacement value is asserted to be less than the amount owing on the debt.  **Such debts will be treated as secured claims only to the extent of the replacement value of the collateral. That value will be paid with interest as provided in sub-section D of this section. You must refer to section 3(D) below to determine the interest rate, monthly payment and estimated term of repayment of any "crammed down" loan. The deficiency balance owed on such a loan will be treated as an unsecured claim to be paid only to the extent provided in section 4 of the Plan.**
   The following secured claims are to be "crammed down" to the following values:

| Creditor | Collateral | Purchase Date | Est Debt Bal. | Replacement Value |
|---|---|---|---|---|
| **-NONE-** | | | | |

   B.    **Real or Personal Property to be Surrendered.**

   Upon confirmation of the Plan, or before, the debtor(s) will surrender his/her/their interest in the collateral securing the claims of the following creditors in satisfaction of the secured portion of such creditors' allowed claims. To the extent that the collateral does not satisfy the claim, any timely filed deficiency claim to which the creditor is entitled may be paid as a non-priority unsecured claim.  Confirmation of the Plan shall terminate the automatic stay as to the interest of the debtor(s) and the estate in the collateral.

| Creditor | Collateral Description | Estimated Value | Estimated Total Claim |
|---|---|---|---|
| **-NONE-** | | | |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                                                                                Best Case Bankruptcy

### C.  Adequate Protection Payments.

The debtor(s) propose to make adequate protection payments required by 11 U.S.C. § 1326(a) or otherwise upon claims secured by personal property, until the commencement of payments provided for in sections 3(D) and/or 6(B) of the Plan, as follows:

| Creditor | Collateral Description | Adeq. Protection Monthly Payment | To Be Paid By |
|---|---|---|---|
| -NONE- | | | |

Any adequate protection payment upon an unexpired lease of personal property assumed by the debtor(s) pursuant to section 6(B) of the Plan shall be made by the debtor(s) as required by 11 U.S.C. § 1326(a)(1)(B) (payments coming due after the order for relief).

### D.  Payment of Secured Claims on Property Being Retained (except only those loans provided for in section 5 of the Plan):

This section deals with payment of debts secured by real and/or personal property [including short term obligations, judgments, tax liens and other secured debts]. After confirmation of the Plan, the Trustee will pay to the holder of each allowed secured claim, which will be either the balance owed on the indebtedness or, where applicable, the collateral's replacement value as specified in sub-section A of this section, **whichever is less**, with interest at the rate provided below, the monthly payment specified below until the amount of the secured claim has been paid in full. **Upon confirmation of the Plan, the valuation and interest rate shown below will be binding unless a timely written objection to confirmation is filed with and sustained by the Court.**

| Creditor | Collateral | Approx. Bal. of Debt or "Crammed Down" Value | Interest Rate | Monthly Paymt & Est. Term** |
|---|---|---|---|---|
| -NONE- | | | | |

### E.  Other Debts.

Debts which are (i) mortgage loans secured by real estate which is the debtor(s)' primary residence, or (ii) other long term obligations, whether secured or unsecured, to be continued upon the existing contract terms with any existing default in payments to be cured pursuant to 11 U.S.C. § 1322(b)(5), are provided for in section 5 of the Plan.

### 4.  Unsecured Claims.

**A.  Not separately classified.**  Allowed non-priority unsecured claims shall be paid pro rata from any distribution remaining after disbursement to allowed secured and priority claims.  Estimated distribution is approximately __10__%.  The dividend percentage may vary depending on actual claims filed.  If this case were liquidated under Chapter 7, the debtor(s) estimate that unsecured creditors would receive a dividend of approximately __41.4__ %.

**B.  Separately classified unsecured claims.**

| Creditor | Basis for Classification | Treatment |
|---|---|---|
| -NONE- | | |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                                     Best Case Bankruptcy

**5.** **Mortgage Loans Secured by Real Property Constituting the Debtor(s)' Primary Residence; Other Long Term Payment Obligations, whether secured or unsecured, to be continued upon existing contract terms; Curing of any existing default under 11 U.S.C. § 1322(b)(5).**

    **A.** **Debtor(s) to make regular contract payments; arrears, if any, to be paid by Trustee.** The creditors listed below will be paid by the debtor(s) pursuant to the contract without modification, except that arrearages, if any, will be paid by the Trustee either pro rata with other secured claims or on a fixed monthly basis as indicated below, without interest unless an interest rate is designated below for interest to be paid on the arrearage claim and such interest is provided for in the loan agreement.

| Creditor | Collateral | Regular Contract Payment | Estimated Arrearage | Arrearage Interest Rate | Estimated Cure Period | Monthly Arrearage Payment |
|---|---|---|---|---|---|---|
| **Wyrhsr Mtg** | **Residence: Prince William County, Occoquan Oaks 7, Section 7 Lot 733, Parcel ID 8094-2-2190  Tax Map Reference 67478** | **4,052.21** | **28,962.72** | **0%** | **38 months** | **Prorata** |
| | **Single Family Dwelling with detached garage. Land size 3.0 acres. Location: 5764 Laurel Glen Court  Manassas, VA 20112-** | | | | | |

    **B.** **Trustee to make contract payments and cure arrears, if any.** The Trustee shall pay the creditors listed below the regular contract monthly payments that come due during the period of this Plan, and pre-petition arrearages on such debts shall be cured by the Trustee either pro rata with other secured claims or with monthly payments as set forth below.

| Creditor | Collateral | Regular Contract Payment | Estimated Arrearage | Interest Rate | Term for Arrearage | Monthly Arrearage Payment |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

    **C.** **Restructured Mortgage Loans to be paid fully during term of Plan.** Any mortgage loan against real estate constituting the debtor(s)' principal residence upon which the last scheduled contract payment is due before the final payment under the Plan is due shall be paid by the Trustee during the term of the Plan as permitted by 11 U.S.C. § 1322(c)(2) with interest at the rate specified below as follows:

| Creditor | Collateral | Interest Rate | Estimated Claim | Monthly Paymt& Est. Term** |
|---|---|---|---|---|
| -NONE- | | | | |

**6.** **Unexpired Leases and Executory Contracts.** The debtor(s) move for assumption or rejection of the executory contracts and leases listed below.

    **A.** **Executory contracts and unexpired leases to be rejected.** The debtor(s) reject the following executory contracts.

| Creditor | Type of Contract |
|---|---|
| -NONE- | |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com     Best Case Bankruptcy

**B.**    **Executory contracts and unexpired leases to be assumed.**  The debtor(s) assume the following executory contracts.  The debtor agrees to abide by all terms of the agreement.  The Trustee will pay the pre-petition arrearages, if any, through payments made pro rata with other priority claims or on a fixed monthly basis as indicated below.

| Creditor | Type of Contract | Arrearage | Monthly Payment for Arrears | Estimated Cure Period |
|---|---|---|---|---|
| -NONE- | | | | |

**7.**    **Liens Which Debtor(s) Seek to Avoid.**

**A.**    **The debtor(s) move to avoid liens pursuant to 11 U.S.C. § 522(f).**  The debtor(s) move to avoid the following judicial liens and non-possessory, non-purchase money liens that impair the debtor(s)' exemptions.  **Unless a written objection is timely filed with the Court, the Court may grant the debtor(s)' motion and cancel the creditor's lien.**  If an objection is filed, the Court will hear evidence and rule on the motion at the confirmation hearing.

| Creditor | Collateral | Exemption Amount | Value of Collateral |
|---|---|---|---|
| RealEcon | Residence: Prince William County, Occoquan Oaks 7, Section 7 Lot 733, Parcel ID 8094-2-2190  Tax Map Reference 67478 | None | 385,000.00 |
| | Single Family Dwelling with detached garage. Land size 3.0 acres. Location: 5764 Laurel Glen Court  Manassas, VA 20112- | | |

**B.**    **Avoidance of security interests or liens on grounds other than 11 U.S.C. § 522(f).**  The debtor(s) have filed or will file and serve separate pleadings to avoid the following liens or security interests.  The creditor should review the notice or summons accompanying such pleadings as to the requirements for opposing such relief.  The listing here is for information purposes only.

| Creditor | Type of Lien | Description of Collateral | Basis for Avoidance |
|---|---|---|---|
| -NONE- | | | |

**8.**    **Treatment and Payment of Claims.**

- All creditors must timely file a proof of claim to receive payment from the Trustee.
- If a claim is scheduled as unsecured and the creditor files a claim alleging the claim is secured but does not timely object to confirmation of the Plan, the creditor may be treated as unsecured for purposes of distribution under the Plan.  This paragraph does not limit the right of the creditor to enforce its lien, to the extent not avoided or provided for in this case, after the debtor(s) receive a discharge.
- If a claim is listed in the plan as secured and the creditor files a proof of claim alleging the claim is unsecured, the creditor will be treated as unsecured for purposes of distribution under the Plan.
- The Trustee may adjust the monthly disbursement amount as needed to pay an allowed secured claim in full.

**9.**    **Vesting of Property of the Estate.**  Property of the estate shall revest in the debtor(s) upon confirmation of the Plan.  Notwithstanding such vesting, the debtor(s) may not sell, refinance, encumber real property or enter into a mortgage loan modification without approval of the Court after notice to the Trustee, any creditor who has filed a request for notice and other creditors to the extent required by the Local Rules of this Court.

**10.**    **Incurrence of indebtedness.**  The debtor(s) shall not voluntarily incur additional indebtedness exceeding the cumulative total of $5,000 principal amount during the term of this Plan, either unsecured or secured against personal property, except upon approval of the Court after notice to the Trustee, any creditor who has filed a request for notice, and other creditors to the extent required by the Local Rules of this Court.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

**11.**    **Other provisions of this plan:**

**Signatures:**

**Dated:**    **April 26, 2011**

**/s/ Christopher Woods**                                              **/s/ Thomas R. Breeden**
**Christopher Woods**                                                  **Thomas R. Breeden 33410**
**Debtor**                                                             **Debtor's Attorney**

**/s/ Marie Celeste Woods**
**Marie Celeste Woods**
**Joint Debtor**

**Exhibits:**         **Copy of Debtor(s)' Budget (Schedules I and J);**
                      **Matrix of Parties Served with Plan**

Certificate of Service

I certify that on    **April 26, 2011**   , I mailed a copy of the foregoing to the creditors and parties in interest on the attached
Service List.

                      **/s/ Thomas R. Breeden**
                      **Thomas R. Breeden 33410**
                      Signature

                      **10326 Lomond Drive**
                      **Manassas, VA 20109**
                      Address

                      **703-361-9277**
                      Telephone No.

Ver. 09/17/09 [effective 12/01/09]

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
### Eastern District of Virginia

| | | | |
|---|---|---|---|
| In re | **Christopher Woods**<br>**Marie Celeste Woods** | Case No. | **11-12708** |
| | Debtor(s) | Chapter | **13** |

## SPECIAL NOTICE TO SECURED CREDITOR

To:   **RealEcon**
**22800 Savi Ranch Parkway; Suite 210; Yorba Linda, CA 92887-4623**
*Name of creditor*

**Residence: Prince William County, Occoquan Oaks 7, Section 7 Lot 733, Parcel ID 8094-2-2190  Tax Map Reference 67478**

**Single Family Dwelling with detached garage. Land size 3.0 acres.**
**Location: 5764 Laurel Glen Court  Manassas, VA 20112-**
*Description of collateral*

1.     The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

    ☐     To value your collateral. *See Section 3 of the plan.* Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

    ☑     To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. *See Section 7 of the plan.* All or a portion of the amount you are owed will be treated as an unsecured claim.

2.     *You should read the attached plan carefully for the details of how your claim is treated.* The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

Date objection due: _____

Date and time of confirmation hearing: _____

Place of confirmation hearing: _____

                             **Christopher Woods**
                             **Marie Celeste Woods**
                             *Name(s) of debtor(s)*

By:   **/s/ Thomas R. Breeden**
        **Thomas R. Breeden 33410**
        *Signature*

        ☑ Debtor(s)' Attorney
        ☐ Pro se debtor

        **Thomas R. Breeden 33410**
        *Name of attorney for debtor(s)*
        **10326 Lomond Drive**
        **Manassas, VA 20109**
        *Address of attorney [or pro se debtor]*

        Tel. #  **703-361-9277**
        Fax #  **703-257-2259**

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

■  first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

□  certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this __**April 26, 2011**__ .


**/s/ Thomas R. Breeden**
**Thomas R. Breeden 33410**
*Signature of attorney for debtor(s)*


Ver. 09/17/09 [effective 12/01/09]

# United States Bankruptcy Court
### Eastern District of Virginia

In re | **Christopher Woods**
**Marie Celeste Woods**

Case No. | **11-12708**

Chapter | **13**

Debtor(s)

## SPECIAL NOTICE TO SECURED CREDITOR

To: | **Associated Credit Services**
**105B South Street**
**Hopkinton, MA 01748-9100**
*Name of creditor*

**Medical**
*Description of collateral*

1.      The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

■      To value your collateral. *See Section 3 of the plan.* Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

☐      To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. *See Section 7 of the plan.* All or a portion of the amount you are owed will be treated as an unsecured claim.

2.      *You should read the attached plan carefully for the details of how your claim is treated.* The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

Date objection due:

Date and time of confirmation hearing:

Place of confirmation hearing:

**Christopher Woods**
**Marie Celeste Woods**
*Name(s) of debtor(s)*

By: | **/s/ Thomas R. Breeden**
**Thomas R. Breeden 33410**
*Signature*

■ Debtor(s)' Attorney
☐ Pro se debtor

**Thomas R. Breeden 33410**
*Name of attorney for debtor(s)*
**10326 Lomond Drive**
**Manassas, VA 20109**
*Address of attorney [or pro se debtor]*

Tel. # | **703-361-9277**
Fax # | **703-257-2259**

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

■ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this ___**April 26, 2011**___ .


**/s/ Thomas R. Breeden**
**Thomas R. Breeden 33410**
*Signature of attorney for debtor(s)*


Ver. 09/17/09 [effective 12/01/09]

# United States Bankruptcy Court
### Eastern District of Virginia

| In re | **Christopher Woods**<br>**Marie Celeste Woods** | | Case No. | **11-12708** |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | **13** |

## SPECIAL NOTICE TO SECURED CREDITOR

To:
**Capital One, N.a.**
**Bankruptcy Dept**
**Po Box 5155**
**Norcross, GA 30091**

*Name of creditor*

**CreditCard**

*Description of collateral*

1.    The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

☑    To value your collateral.  ***See Section 3 of the plan.***  Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

☐    To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold.  ***See Section 7 of the plan.***  All or a portion of the amount you are owed will be treated as an unsecured claim.

2.    ***You should read the attached plan carefully for the details of how your claim is treated.***  The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

Date objection due: _____

Date and time of confirmation hearing: _____

Place of confirmation hearing: _____

**Christopher Woods**
**Marie Celeste Woods**
*Name(s) of debtor(s)*

By:    **/s/ Thomas R. Breeden**
**Thomas R. Breeden 33410**
*Signature*

☑ Debtor(s)' Attorney
☐ Pro se debtor

**Thomas R. Breeden 33410**
*Name of attorney for debtor(s)*
**10326 Lomond Drive**
**Manassas, VA 20109**
*Address of attorney [or pro se debtor]*

Tel. #    **703-361-9277**
Fax #    **703-257-2259**

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

■  first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

□  certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this   **April 26, 2011**   .


**/s/ Thomas R. Breeden**
**Thomas R. Breeden 33410**
*Signature of attorney for debtor(s)*


Ver. 09/17/09 [effective 12/01/09]

# United States Bankruptcy Court
## Eastern District of Virginia

| | | | |
|---|---|---|---|
| In re | **Christopher Woods** **Marie Celeste Woods** | Case No. | **11-12708** |
| | Debtor(s) | Chapter | **13** |

## SPECIAL NOTICE TO SECURED CREDITOR

To:

**Collection**
**Ccs**
**Po Box 709**
**Needham, MA 02494**

*Name of creditor*

**Progressive Insurance Company**

*Description of collateral*

1.      The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

■      To value your collateral.  *See Section 3 of the plan.*  Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

☐      To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold.  *See Section 7 of the plan.*  All or a portion of the amount you are owed will be treated as an unsecured claim.

2.      *You should read the attached plan carefully for the details of how your claim is treated.*  The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

Date objection due: _____

Date and time of confirmation hearing: _____

Place of confirmation hearing: _____

**Christopher Woods**
**Marie Celeste Woods**
*Name(s) of debtor(s)*

By:   **/s/ Thomas R. Breeden**
       **Thomas R. Breeden 33410**
       *Signature*

■ Debtor(s)' Attorney
☐ Pro se debtor

**Thomas R. Breeden 33410**
*Name of attorney for debtor(s)*
**10326 Lomond Drive**
**Manassas, VA 20109**
*Address of attorney [or pro se debtor]*

Tel. #   **703-361-9277**
Fax #   **703-257-2259**

CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

■  first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

□  certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this   __**April 26, 2011**__  .

 

**/s/ Thomas R. Breeden**
_____
**Thomas R. Breeden 33410**
*Signature of attorney for debtor(s)*

Ver. 09/17/09 [effective 12/01/09]

# United States Bankruptcy Court
## Eastern District of Virginia

In re
**Christopher Woods**
**Marie Celeste Woods**

Debtor(s)

Case No. **11-12708**

Chapter **13**

## SPECIAL NOTICE TO SECURED CREDITOR

To:
**Commonwealth of Virginia**
**PO Box 27407**
**Rochmond, VA 23261-7407**
*Name of creditor*

**Tax Lien**
*Description of collateral*

1.     The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

☑     To value your collateral. *See Section 3 of the plan.* Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

☐     To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. *See Section 7 of the plan.* All or a portion of the amount you are owed will be treated as an unsecured claim.

2.     *You should read the attached plan carefully for the details of how your claim is treated.* The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

Date objection due: _____

Date and time of confirmation hearing: _____

Place of confirmation hearing: _____

**Christopher Woods**
**Marie Celeste Woods**
*Name(s) of debtor(s)*

By:     **/s/ Thomas R. Breeden**
**Thomas R. Breeden 33410**
*Signature*

☑ Debtor(s)' Attorney
☐ Pro se debtor

**Thomas R. Breeden 33410**
*Name of attorney for debtor(s)*
**10326 Lomond Drive**
**Manassas, VA 20109**
*Address of attorney [or pro se debtor]*

Tel. #     **703-361-9277**
Fax #     **703-257-2259**

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

■ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this   **April 26, 2011**  .


**/s/ Thomas R. Breeden**
**Thomas R. Breeden 33410**
*Signature of attorney for debtor(s)*


Ver. 09/17/09 [effective 12/01/09]

# United States Bankruptcy Court
### Eastern District of Virginia

In re    **Christopher Woods**
      **Marie Celeste Woods**

Case No.    **11-12708**

Chapter    **13**

Debtor(s)

## SPECIAL NOTICE TO SECURED CREDITOR

To:   **Credit Management Co**
    **2121 Noblestown Rd**
    **Pittsburgh, PA 15205**
*Name of creditor*

**CollectionAttorney Prince William Hospital  Ppl**
*Description of collateral*

1.     The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

    ■     To value your collateral.  ***See Section 3 of the plan.***  Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

    ☐     To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold.  ***See Section 7 of the plan.***  All or a portion of the amount you are owed will be treated as an unsecured claim.

2.     ***You should read the attached plan carefully for the details of how your claim is treated.***  The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

Date objection due: _____

Date and time of confirmation hearing: _____

Place of confirmation hearing: _____

      **Christopher Woods**
      **Marie Celeste Woods**
      *Name(s) of debtor(s)*

By:   **/s/ Thomas R. Breeden**
      **Thomas R. Breeden 33410**
      *Signature*

      ■ Debtor(s)' Attorney
      ☐ Pro se debtor

      **Thomas R. Breeden 33410**
      *Name of attorney for debtor(s)*
      **10326 Lomond Drive**
      **Manassas, VA 20109**
      *Address of attorney [or pro se debtor]*

      Tel. #   **703-361-9277**
      Fax #   **703-257-2259**

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

■  first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

□  certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this __**April 26, 2011**__ .


**/s/ Thomas R. Breeden**
**Thomas R. Breeden 33410**
*Signature of attorney for debtor(s)*


Ver. 09/17/09 [effective 12/01/09]

# United States Bankruptcy Court
### Eastern District of Virginia

In re  **Christopher Woods**
      **Marie Celeste Woods**
                                                    Case No.   **11-12708**
                              Debtor(s)              Chapter    **13**

## SPECIAL NOTICE TO SECURED CREDITOR

To:   **Credit Management Co**
      **2121 Noblestown Rd**
      **Pittsburgh, PA 15205**
      *Name of creditor*

      **CollectionAttorney Prince William Hospital  Ppl**
      *Description of collateral*

1.      The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

   ■      To value your collateral.  ***See Section 3 of the plan.***  Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

   ☐      To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold.  ***See Section 7 of the plan.***  All or a portion of the amount you are owed will be treated as an unsecured claim.

2.      ***You should read the attached plan carefully for the details of how your claim is treated.***  The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

Date objection due:                          _____

Date and time of confirmation hearing:       _____

Place of confirmation hearing:               _____

                                    **Christopher Woods**
                                    **Marie Celeste Woods**
                                    *Name(s) of debtor(s)*

                        By:   **/s/ Thomas R. Breeden**
                              **Thomas R. Breeden 33410**
                              *Signature*

                              ■ Debtor(s)' Attorney
                              ☐ Pro se debtor

                              **Thomas R. Breeden 33410**
                              *Name of attorney for debtor(s)*
                              **10326 Lomond Drive**
                              **Manassas, VA 20109**
                              *Address of attorney [or pro se debtor]*

                              Tel. #   **703-361-9277**
                              Fax #    **703-257-2259**

CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

■ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

□ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this **April 26, 2011** .

**/s/ Thomas R. Breeden**
**Thomas R. Breeden 33410**
*Signature of attorney for debtor(s)*

Ver. 09/17/09 [effective 12/01/09]

# United States Bankruptcy Court
## Eastern District of Virginia

| | | | |
|---|---|---|---|
| In re | **Christopher Woods**<br>**Marie Celeste Woods** | Case No. | **11-12708** |
| | Debtor(s) | Chapter | **13** |

## SPECIAL NOTICE TO SECURED CREDITOR

To:  **Dominion Law Associates**
**PO Box 62717**
**Virginia Beach, VA 23466-2717**
*Name of creditor*

*Description of collateral*

1.     The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

■      To value your collateral.  ***See Section 3 of the plan.***  Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

☐      To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold.  ***See Section 7 of the plan.***  All or a portion of the amount you are owed will be treated as an unsecured claim.

2.     ***You should read the attached plan carefully for the details of how your claim is treated.***  The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

Date objection due:

Date and time of confirmation hearing:

Place of confirmation hearing:

**Christopher Woods**
**Marie Celeste Woods**
*Name(s) of debtor(s)*

By:  **/s/ Thomas R. Breeden**
**Thomas R. Breeden 33410**
*Signature*

■ Debtor(s)' Attorney
☐ Pro se debtor

**Thomas R. Breeden 33410**
*Name of attorney for debtor(s)*
**10326 Lomond Drive**
**Manassas, VA 20109**
*Address of attorney [or pro se debtor]*

Tel. #  **703-361-9277**
Fax #  **703-257-2259**

### CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

■ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this __**April 26, 2011**__ .

**/s/ Thomas R. Breeden**
**Thomas R. Breeden 33410**
*Signature of attorney for debtor(s)*

Ver. 09/17/09 [effective 12/01/09]

# United States Bankruptcy Court
## Eastern District of Virginia

| | | | |
|---|---|---|---|
| In re | **Christopher Woods** **Marie Celeste Woods** | Case No. | **11-12708** |
| | Debtor(s) | Chapter | **13** |

## SPECIAL NOTICE TO SECURED CREDITOR

To:  **I C System Inc**
**Po Box 64378**
**Saint Paul, MN 55164**
*Name of creditor*

**CollectionAttorney Safeco  Member Of Liberty Mutu**
*Description of collateral*

1.  The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

■  To value your collateral.  ***See Section 3 of the plan.***  Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

☐  To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold.  ***See Section 7 of the plan.***  All or a portion of the amount you are owed will be treated as an unsecured claim.

2.  ***You should read the attached plan carefully for the details of how your claim is treated.***  The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

Date objection due: _____

Date and time of confirmation hearing: _____

Place of confirmation hearing: _____

**Christopher Woods**
**Marie Celeste Woods**
*Name(s) of debtor(s)*

By:  **/s/ Thomas R. Breeden**
**Thomas R. Breeden 33410**
*Signature*

■ Debtor(s)' Attorney
☐ Pro se debtor

**Thomas R. Breeden 33410**
*Name of attorney for debtor(s)*
**10326 Lomond Drive**
**Manassas, VA 20109**
*Address of attorney [or pro se debtor]*

Tel. #  **703-361-9277**
Fax #  **703-257-2259**

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

■ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this __**April 26, 2011**__ .

**/s/ Thomas R. Breeden**
**Thomas R. Breeden 33410**
*Signature of attorney for debtor(s)*

Ver. 09/17/09 [effective 12/01/09]

# United States Bankruptcy Court
### Eastern District of Virginia

| | | | |
|---|---|---|---|
| In re | **Christopher Woods** **Marie Celeste Woods** | Case No. | **11-12708** |
| | Debtor(s) | Chapter | **13** |

## SPECIAL NOTICE TO SECURED CREDITOR

To:  **I C System Inc**
**Po Box 64378**
**Saint Paul, MN 55164**
*Name of creditor*

**CollectionAttorney Northern Virginia Ortho Spcls**
*Description of collateral*

1.      The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

   ■      To value your collateral.  **See Section 3 of the plan.**  Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

   ☐      To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold.  **See Section 7 of the plan.**  All or a portion of the amount you are owed will be treated as an unsecured claim.

2.      **You should read the attached plan carefully for the details of how your claim is treated.**  The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

Date objection due: _____

Date and time of confirmation hearing: _____

Place of confirmation hearing: _____

**Christopher Woods**
**Marie Celeste Woods**
*Name(s) of debtor(s)*

By:  **/s/ Thomas R. Breeden**
**Thomas R. Breeden 33410**
*Signature*

■ Debtor(s)' Attorney
☐ Pro se debtor

**Thomas R. Breeden 33410**
*Name of attorney for debtor(s)*
**10326 Lomond Drive**
**Manassas, VA 20109**
*Address of attorney [or pro se debtor]*

Tel. #  **703-361-9277**
Fax #  **703-257-2259**

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

  ■ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

  ☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this   **April 26, 2011**   .

             **/s/ Thomas R. Breeden**
             **Thomas R. Breeden 33410**
             *Signature of attorney for debtor(s)*

Ver. 09/17/09 [effective 12/01/09]

# United States Bankruptcy Court
### Eastern District of Virginia

In re    **Christopher Woods**
     **Marie Celeste Woods**                         Case No.    **11-12708**

                                   Debtor(s)            Chapter     **13**

## SPECIAL NOTICE TO SECURED CREDITOR

To:    **Import Service Emporium Inc
8795 Commerce Court
Manassas, VA 20110**
*Name of creditor*

      **Vehicle Repair Bill**
*Description of collateral*

1.     The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

     ■       To value your collateral. ***See Section 3 of the plan.*** Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

     ☐       To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. ***See Section 7 of the plan.*** All or a portion of the amount you are owed will be treated as an unsecured claim.

2.     ***You should read the attached plan carefully for the details of how your claim is treated.*** The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

Date objection due: _____

Date and time of confirmation hearing: _____

Place of confirmation hearing: _____

                                **Christopher Woods
Marie Celeste Woods**
                                *Name(s) of debtor(s)*

By:    **/s/ Thomas R. Breeden**
        **Thomas R. Breeden 33410**
        *Signature*

        ■ Debtor(s)' Attorney
        ☐ Pro se debtor

        **Thomas R. Breeden 33410**
        *Name of attorney for debtor(s)*
        **10326 Lomond Drive
Manassas, VA 20109**
        *Address of attorney [or pro se debtor]*

      Tel. #   **703-361-9277**
      Fax #   **703-257-2259**

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

■  first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐  certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this    **April 26, 2011**    .

**/s/ Thomas R. Breeden**

**Thomas R. Breeden 33410**

*Signature of attorney for debtor(s)*

Ver. 09/17/09 [effective 12/01/09]

# United States Bankruptcy Court
### Eastern District of Virginia

| | | |
|---|---|---|
| In re | **Christopher Woods**<br>**Marie Celeste Woods** | Case No.    **11-12708** |
| | Debtor(s) | Chapter    **13** |

## SPECIAL NOTICE TO SECURED CREDITOR

To:    **James Chiropractic**
**9151 Key Commons Court**
**Manassas, VA 20110**
*Name of creditor*

**Medical**
*Description of collateral*

1.    The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

    ■    To value your collateral. *See Section 3 of the plan.* Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

    ☐    To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. *See Section 7 of the plan.* All or a portion of the amount you are owed will be treated as an unsecured claim.

2.    *You should read the attached plan carefully for the details of how your claim is treated.* The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

Date objection due: _____

Date and time of confirmation hearing: _____

Place of confirmation hearing: _____

           **Christopher Woods**
           **Marie Celeste Woods**
           *Name(s) of debtor(s)*

By:    **/s/ Thomas R. Breeden**
       **Thomas R. Breeden 33410**
       *Signature*

       ■ Debtor(s)' Attorney
       ☐ Pro se debtor

       **Thomas R. Breeden 33410**
       *Name of attorney for debtor(s)*
       **10326 Lomond Drive**
       **Manassas, VA 20109**
       *Address of attorney [or pro se debtor]*

       Tel. #    **703-361-9277**
       Fax #    **703-257-2259**

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

■ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this ___**April 26, 2011**___.

**/s/ Thomas R. Breeden**
**Thomas R. Breeden 33410**
*Signature of attorney for debtor(s)*

Ver. 09/17/09 [effective 12/01/09]

# United States Bankruptcy Court
### Eastern District of Virginia

| | |
|---|---|
| In re | **Christopher Woods** |
| | **Marie Celeste Woods** |

Debtor(s)

Case No. **11-12708**

Chapter **13**

## SPECIAL NOTICE TO SECURED CREDITOR

To:  **Prince WIlliam County**
**1 County Complex Court**
**Prince William, VA 22192**

*Name of creditor*

**Property Tax**

*Description of collateral*

1.      The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

   ■        To value your collateral.  ***See Section 3 of the plan.***  Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

   ☐        To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold.  ***See Section 7 of the plan.***  All or a portion of the amount you are owed will be treated as an unsecured claim.

2.      ***You should read the attached plan carefully for the details of how your claim is treated.***  The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

Date objection due:

Date and time of confirmation hearing:

Place of confirmation hearing:

**Christopher Woods**
**Marie Celeste Woods**

*Name(s) of debtor(s)*

By:  **/s/ Thomas R. Breeden**
**Thomas R. Breeden 33410**
*Signature*

■ Debtor(s)' Attorney
☐ Pro se debtor

**Thomas R. Breeden 33410**
*Name of attorney for debtor(s)*
**10326 Lomond Drive**
**Manassas, VA 20109**
*Address of attorney [or pro se debtor]*

Tel. #  **703-361-9277**
Fax #  **703-257-2259**

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

■ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this __**April 26, 2011**__.

**/s/ Thomas R. Breeden**
**Thomas R. Breeden 33410**
*Signature of attorney for debtor(s)*

Ver. 09/17/09 [effective 12/01/09]

# United States Bankruptcy Court
## Eastern District of Virginia

| | | | |
|---|---|---|---|
| In re | **Christopher Woods**<br>**Marie Celeste Woods** | Case No. | **11-12708** |
| | Debtor(s) | Chapter | **13** |

# SPECIAL NOTICE TO SECURED CREDITOR

To:   **Prince William Hospital**
**8700 Sudley Road**
**Manassas, VA 20110**
*Name of creditor*

**Medical**
*Description of collateral*

1.      The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

■      To value your collateral.  ***See Section 3 of the plan.***  Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

☐      To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold.  ***See Section 7 of the plan.***  All or a portion of the amount you are owed will be treated as an unsecured claim.

2.      ***You should read the attached plan carefully for the details of how your claim is treated.***  The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

Date objection due:                  _____

Date and time of confirmation hearing:   _____

Place of confirmation hearing:       _____

**Christopher Woods**
**Marie Celeste Woods**
*Name(s) of debtor(s)*

By:   **/s/ Thomas R. Breeden**
**Thomas R. Breeden 33410**
*Signature*

■ Debtor(s)' Attorney
☐ Pro se debtor

**Thomas R. Breeden 33410**
*Name of attorney for debtor(s)*
**10326 Lomond Drive**
**Manassas, VA 20109**
*Address of attorney [or pro se debtor]*

Tel. #   **703-361-9277**
Fax #   **703-257-2259**

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

      ■ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

      ☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this   **April 26, 2011**  .

                           **/s/ Thomas R. Breeden**
                           **Thomas R. Breeden 33410**
                           *Signature of attorney for debtor(s)*

Ver. 09/17/09 [effective 12/01/09]

# United States Bankruptcy Court
## Eastern District of Virginia

In re **Christopher Woods**
**Marie Celeste Woods**

Case No. **11-12708**

Chapter **13**

Debtor(s)

## SPECIAL NOTICE TO SECURED CREDITOR

To: **Quest Diagnostics**
**P.O. Box 64797**
**Baltimore, MD 21264-4797**
*Name of creditor*

**Medical**
*Description of collateral*

1.      The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

■      To value your collateral.  ***See Section 3 of the plan.***  Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

☐      To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold.  ***See Section 7 of the plan.***  All or a portion of the amount you are owed will be treated as an unsecured claim.

2.      ***You should read the attached plan carefully for the details of how your claim is treated.***  The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified and appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

Date objection due:

Date and time of confirmation hearing:

Place of confirmation hearing:

**Christopher Woods**
**Marie Celeste Woods**
*Name(s) of debtor(s)*

By:   **/s/ Thomas R. Breeden**
**Thomas R. Breeden 33410**
*Signature*

■ Debtor(s)' Attorney
☐ Pro se debtor

**Thomas R. Breeden 33410**
*Name of attorney for debtor(s)*
**10326 Lomond Drive**
**Manassas, VA 20109**
*Address of attorney [or pro se debtor]*

Tel. #   **703-361-9277**
Fax #   **703-257-2259**

CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

■ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this __**April 26, 2011**__ .


**/s/ Thomas R. Breeden**
**Thomas R. Breeden 33410**
*Signature of attorney for debtor(s)*


Ver. 09/17/09 [effective 12/01/09]

# United States Bankruptcy Court
### Eastern District of Virginia

| | | | |
|---|---|---|---|
| In re | **Christopher Woods** **Marie Celeste Woods** | Case No. | **11-12708** |
| | Debtor(s) | Chapter | **13** |

## SPECIAL NOTICE TO SECURED CREDITOR

To:
**Railroad Dental Associates**
**9110 Railroad Drive**
**Manassas, VA 20111-7041**
*Name of creditor*

**Medical Bill**
*Description of collateral*

1.      The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

■      To value your collateral. ***See Section 3 of the plan.*** Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

☐      To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. ***See Section 7 of the plan.*** All or a portion of the amount you are owed will be treated as an unsecured claim.

2.      ***You should read the attached plan carefully for the details of how your claim is treated.*** The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

Date objection due: _____

Date and time of confirmation hearing: _____

Place of confirmation hearing: _____

**Christopher Woods**
**Marie Celeste Woods**
*Name(s) of debtor(s)*

By:      **/s/ Thomas R. Breeden**
**Thomas R. Breeden 33410**
*Signature*

■ Debtor(s)' Attorney
☐ Pro se debtor

**Thomas R. Breeden 33410**
*Name of attorney for debtor(s)*
**10326 Lomond Drive**
**Manassas, VA 20109**
*Address of attorney [or pro se debtor]*

Tel. #   **703-361-9277**
Fax #   **703-257-2259**

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

■  first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

□  certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this    **April 26, 2011**    .

**/s/ Thomas R. Breeden**
**Thomas R. Breeden 33410**
*Signature of attorney for debtor(s)*

Ver. 09/17/09 [effective 12/01/09]

# United States Bankruptcy Court
### Eastern District of Virginia

| In re | **Christopher Woods** | | Case No. | **11-12708** |
|---|---|---|---|---|
| | **Marie Celeste Woods** | | | |
| | | Debtor(s) | Chapter | **13** |

## SPECIAL NOTICE TO SECURED CREDITOR

To:
**RealEcon**
**22800 Savi Ranch Parkway**
**Suite 210**
**Yorba Linda, CA 92887-4623**

*Name of creditor*

**Residence: Prince William County, Occoquan Oaks 7, Section 7 Lot 733, Parcel ID 8094-2-2190  Tax Map Reference 67478**

**Single Family Dwelling with detached garage. Land size 3.0 acres.**
**Location: 5764 Laurel Glen Court  Manassas, VA 20112-**

*Description of collateral*

1.　　The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

■　　To value your collateral.  ***See Section 3 of the plan.***  Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

☐　　To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold.  ***See Section 7 of the plan.***  All or a portion of the amount you are owed will be treated as an unsecured claim.

2.      ***You should read the attached plan carefully for the details of how your claim is treated.***  The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

Date objection due: _____

Date and time of confirmation hearing: _____

Place of confirmation hearing: _____

**Christopher Woods**
**Marie Celeste Woods** _____
*Name(s) of debtor(s)*

By:      **/s/ Thomas R. Breeden** _____
         **Thomas R. Breeden 33410**
         *Signature*

         ■ Debtor(s)' Attorney
         ☐ Pro se debtor

         **Thomas R. Breeden 33410** _____
         *Name of attorney for debtor(s)*
         **10326 Lomond Drive**
         **Manassas, VA 20109** _____
         *Address of attorney [or pro se debtor]*

         Tel. #   **703-361-9277** _____
         Fax #    **703-257-2259** _____

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

         ■ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

         ☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this   **April 26, 2011**   .

         **/s/ Thomas R. Breeden** _____
         **Thomas R. Breeden 33410**
         *Signature of attorney for debtor(s)*

Ver. 09/17/09 [effective 12/01/09]

# United States Bankruptcy Court
## Eastern District of Virginia

| In re | **Christopher Woods**<br>**Marie Celeste Woods** | | Case No. | **11-12708** |
| --- | --- | --- | --- | --- |
| | | Debtor(s) | Chapter | **13** |

## SPECIAL NOTICE TO SECURED CREDITOR

To:
**Suburban Credit Corporation**
**PO Box 30640**
**6412 Franconia Road**
**Alexandria, VA 22310**

*Name of creditor*

**Medical Bill**

*Description of collateral*

1.      The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

☑      **To value your collateral.  *See Section 3 of the plan.***  Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

☐      To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold.  ***See Section 7 of the plan.***  All or a portion of the amount you are owed will be treated as an unsecured claim.

2.      ***You should read the attached plan carefully for the details of how your claim is treated.***  The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

Date objection due: _____

Date and time of confirmation hearing: _____

Place of confirmation hearing: _____

**Christopher Woods**
**Marie Celeste Woods**
*Name(s) of debtor(s)*

By:  **/s/ Thomas R. Breeden**
     **Thomas R. Breeden 33410**
     *Signature*

☑ Debtor(s)' Attorney
☐ Pro se debtor

**Thomas R. Breeden 33410**
*Name of attorney for debtor(s)*
**10326 Lomond Drive**
**Manassas, VA 20109**
*Address of attorney [or pro se debtor]*

Tel. #  **703-361-9277**
Fax #  **703-257-2259**

CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

■ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this   **April 26, 2011**   .

**/s/ Thomas R. Breeden**
**Thomas R. Breeden 33410**
*Signature of attorney for debtor(s)*

Ver. 09/17/09 [effective 12/01/09]

## United States Bankruptcy Court
### Eastern District of Virginia

| In re | **Christopher Woods** |  | Case No. | **11-12708** |
|---|---|---|---|---|
|  | **Marie Celeste Woods** |  | Chapter | **13** |
|  |  | Debtor(s) |  |  |

## SPECIAL NOTICE TO SECURED CREDITOR

To:      **United Compucred**
         **4190 Harrison Av**
         **Cincinnati, OH 45211**
*Name of creditor*

**ReturnedCheck Michaels**
*Description of collateral*

1.      The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

   ■      To value your collateral.  *See Section 3 of the plan.*  Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

   ☐      To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold.  *See Section 7 of the plan.*  All or a portion of the amount you are owed will be treated as an unsecured claim.

2.      *You should read the attached plan carefully for the details of how your claim is treated.*  The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

Date objection due:  _____

Date and time of confirmation hearing:  _____

Place of confirmation hearing:  _____

                              **Christopher Woods**
                              **Marie Celeste Woods**
                              *Name(s) of debtor(s)*

By:      **/s/ Thomas R. Breeden**
         **Thomas R. Breeden 33410**
         *Signature*

         ■ Debtor(s)' Attorney
         ☐ Pro se debtor

         **Thomas R. Breeden 33410**
         *Name of attorney for debtor(s)*
         **10326 Lomond Drive**
         **Manassas, VA 20109**
         *Address of attorney [or pro se debtor]*

Tel. #   **703-361-9277**
Fax #    **703-257-2259**

CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

■ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this    **April 26, 2011**    .

**/s/ Thomas R. Breeden**
**Thomas R. Breeden 33410**
*Signature of attorney for debtor(s)*

Ver. 09/17/09 [effective 12/01/09]

# United States Bankruptcy Court
## Eastern District of Virginia

| In re | **Christopher Woods**<br>**Marie Celeste Woods** | | Case No. | **11-12708** |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | **13** |

## SPECIAL NOTICE TO SECURED CREDITOR

To:  **Wyrhsr Mtg**
**3815 South West Temple**
**Salt Lake City, UT 84115**
*Name of creditor*

**Residence: Prince William County, Occoquan Oaks 7, Section 7 Lot 733, Parcel ID 8094-2-2190  Tax Map Reference 67478**

**Single Family Dwelling with detached garage. Land size 3.0 acres.**
**Location: 5764 Laurel Glen Court  Manassas, VA 20112-**
*Description of collateral*

1.  The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

   ■   To value your collateral.  *See Section 3 of the plan.*  Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

   ☐   To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold.  *See Section 7 of the plan.*  All or a portion of the amount you are owed will be treated as an unsecured claim.

2.  *You should read the attached plan carefully for the details of how your claim is treated.*  The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

Date objection due:

Date and time of confirmation hearing:

Place of confirmation hearing:

**Christopher Woods**
**Marie Celeste Woods**
*Name(s) of debtor(s)*

By:  **/s/ Thomas R. Breeden**
**Thomas R. Breeden 33410**
*Signature*

■ Debtor(s)' Attorney
☐ Pro se debtor

**Thomas R. Breeden 33410**
*Name of attorney for debtor(s)*
**10326 Lomond Drive**
**Manassas, VA 20109**
*Address of attorney [or pro se debtor]*

Tel. #  **703-361-9277**
Fax #  **703-257-2259**

CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

■ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

□ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this   **April 26, 2011**   .

**/s/ Thomas R. Breeden**
**Thomas R. Breeden 33410**
*Signature of attorney for debtor(s)*

Ver. 09/17/09 [effective 12/01/09]