**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| IN RE: Christopher Woods           ) | CASE NO. 11-12708-BFK |
|      Marie Celeste Woods          ) | |
|                                                      ) | **CHAPTER 13 BANKRUPTCY** |
| **DEBTORS**                                      ) | |
|                                                      ) | |

**NOTICE OF FINAL CURE PAYMENT**

     Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee filed Notice that the amount required to cure the default in the below claim has been paid in full.

**Name of Creditor: Preston Ridge Partners II, LLC**
**Trustee  Claim No.: 004 and 004A**

**Last four (4) digits of any number used to identify the Debtor's account: 2168**

**Mortgage Cure Amount:**

     Amount of Allowed Pre-Petition or other Arrearage:     $65,910.78

     Amount Paid By Trustee                                                         $65,910.78

**Monthly Ongoing Mortgage Payment is Paid:**

     ___ Through the Chapter 13 Trustee conduit     _X__ Direct by the Debtor

     Within 21 days of the service of this Notice, the creditor must file and serve same on the Debtor, Debtor's counsel and the Trustee, pursuant to Federal Bankruptcy Rule 3002.1(e), a Statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default and whether, consistent with Federal Bankruptcy Rule 1322(b)(5), the Debtor is otherwise current on all the payments, or be subject to further action of the Court including possible sanctions.

Dated:  June 1, 2016                                          Respectfully Submitted:

                                                                              /s/ Thomas P. Gorman
                                                                              Standing Chapter 13 Trustee

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 1, 2016, service of a true and complete copy of the above and foregoing pleading or paper was made upon the following by electronic service

Thomas Ray Breeden, Esq.
Attorney for Debtors
10326 Lomond Dr
Manassas, VA 20109

Preston Ridge Partners II, LLC
c/o Rosicki, Rosicki & Associates
Attn: Lisa B. Singer, Esq.
51 East Bethpage Road
Plainview, NY 11803

and upon the following by depositing the same in the United States mail, envelopes properly addressed to each of them and with sufficient first-class postage affixed.

Christopher Woods
Marie Celeste Woods
Chapter 13 Debtors
5764 Laurel Glen Court
Manassas, VA 20112

Preston Ridge Partners II, LLC
c/o Statebridge Company, LLC
5680 Greenwood Plaza Blvd, Ste. 100S
Greenwood Village, CO 80111

    /s/   Thomas P. Gorman
Thomas P. Gorman, Chapter 13 Trustee