**UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **Christopher Woods** <br> **and** <br> **Marie Celeste Woods** <br><br><br> Debtors | Chapter 13 <br><br> Case No. 11-12708-BFK |

**REPORT BY TRUSTEE OF COMPLETION
OF PLAN PAYMENTS**

    NOW COMES the Chapter 13 Trustee herein, Thomas P. Gorman, and certifies to the Court that the Debtors have completed their plan payments pursuant to the confirmed plan in this case. Your trustee will proceed to close this case and file his "Final Report and Account" upon the clearing of all outstanding checks.

                                              Respectfully submitted,

                                         ___/s/ Thomas P. Gorman____
                                         Thomas P. Gorman, Trustee
                                         300 N. Washington Street, Suite 400
                                         Alexandria, VA 22314
                                         (703) 836-2226
                                         VSB #26421

Dated: June 29, 2016