**United States Bankruptcy Court**
**Eastern District of Virginia**
Alexandria Division

**In re:**                                              **Case Number**   11−12708−BFK
                                                        **Chapter**   13
Christopher Woods
Marie Celeste Woods

                        Debtor(s)

**NOTICE TO DEBTOR(S) AND CREDITORS**
**CONCERNING ISSUANCE OF DISCHARGE**

The Trustee has filed a report of completion of plan payments. Unless an order has been previously entered denying a discharge, a discharge will be granted if the Court determines that all the requirements for issuance of a discharge are satisfied.

**TO THE DEBTOR(S):**

 In order to receive a discharge, you <u>must</u>

  Complete and File with the Court the Debtor's(s') Certification of Compliance with 11 U.S.C. §1328 as required by Local Bankruptcy Rule 4008−2(A). A copy of this form may be obtained from the Clerk's Office or via the Bankruptcy Forms button on the Court's Internet web site at <u>www.vaeb.uscourts.gov</u>. Unless this Certificate is filed with the Court within 45 days of the mailing of this notice, your case may be closed without issuance of a discharge.

**TO CREDITORS:**

 The debtor(s), if otherwise entitled, will be issued a discharge without further notice or hearing <u>unless</u>, within <u>21 days</u> of the mailing of this notice a creditor or party in interest files with the Court a request for a hearing asserting that the debtor(s) has/have claimed exempt under state or local law property (such as a residence or homestead) of the type described in §522(p)(1) of the Bankruptcy Code that exceeds $125,000 in value for cases filed before April 1, 2007, $136,875 if the case was filed April 1, 2007 through March 31, 2010, $146,450 if the case was filed on or after April 1, 2010, $155,675 if the case was filed on or after April 1, 2013, or $160,375 if the case was filed on or after April 1, 2016, and there is pending a proceeding in which the debtor may be found guilty of a felony of the kind described in §522(q)(1)(A) or liable for a debt of the kind described in §522(q)(1)(B) of the Bankruptcy Code. If a timely request for hearing is filed, you will be notified of the date, time, and place of the hearing.

Dated:   June 30, 2016                          William C. Redden , Clerk
                                                United States Bankruptcy Court

[ntcLBRvApril2016.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 11-12708-BFK
Christopher Woods                                                         Chapter 13
Marie Celeste Woods
      Debtors                      **CERTIFICATE OF NOTICE**

District/off: 0422-9          User: stewarts            Page 1 of 2            Date Rcvd: Jun 30, 2016
                              Form ID: nt400815         Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2016.
db/jdb         +Christopher Woods,    Marie Celeste Woods,    5764 Laurel Glen Court,    Manassas, VA 20112-3057
cr             +DLJ Mortgage Capital, Inc.,    Stephen Relyea, Esq.,    8100 Three Chopt Rd., Suite 240,
                 Richmond, VA 23229-4833
10384526       +Associated Credit Services,    105B South Street,    Hopkinton, MA 01748-2206
10384527      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One, N.a.,     Bankruptcy Dept,   Po Box 5155,
                 Norcross, GA 30091-0000)
10490265        Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
10384529        Commonwealth of Virginia,    PO Box 27407,   Rochmond, VA 23261-7407
10384530       +Craig A. Parker, Esquire,    110 North Washington Street,    Suite 500,
                 Rockville, MD 20850-2230
12670620       +DLJ Mortgage Capital, Inc.,    9990 Richmond Avenue, Suite 400 South,
                 Houston, Texas 77042-4546
10459574       +DLJ Mortgage Capital, Inc. c/o Select Portfolio Se,    P. O. Box 65587,
                 Attn: Payment Processing,    Salt Lake City, UT 84165-0587
10511208        I.C. System, Inc. o/b/o Northern Virginia Ortho Sp,    c/o A. Thomas Pokela,    PO Box 2621,
                 Sioux Falls, SD 57101-2621
10384533       +James Chiropractic,    9151 Key Commons Court,    Manassas, VA 20110-5300
13302183       +Preston Ridge Partners II, LLC,    c/o Statebridge Company, LLC,
                 5680 Greenwood Plaza Blvd, Suite 100S,    Greenwood Village, CO 80111-2404
10384535       +Prince William Hospital,    8700 Sudley Road,    Manassas, VA 20110-4415
10384536        Quest Diagnostics,    P.O. Box 64797,    Baltimore, MD 21264-4797
10384537       +RealEcon,    c/o James M. Collins,    6606 Tenth Street, A-1,    Alexandria, VA 22307-6606
10639851       +Timothy W. Morse,    c/o James W. Reynolds, Esq.,    Odin, Feldman & Pittleman, PC,
                 9302 Lee Highway, #1100,    Fairfax, VA 22031-6054
10384538       +United Compucred,    4190 Harrison Av,    Cincinnati, OH 45211-4546
10384539       +Wyrhsr Mtg,    3815 South West Temple,    Salt Lake City, UT 84115-4412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
10434136        E-mail/Text: bnc-capio@quantum3group.com Jul 01 2016 02:12:52      Capio Partners LLC,
                 Quantum3 Group LLC,    PO Box 788,    Kirkland, WA 98083-0788
10384528       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 01 2016 02:13:39      Collection,   Ccs,
                 Po Box 709,   Needham, MA 02494-0005
10700271       +E-mail/Text: bkr@taxva.com Jul 01 2016 02:13:26     Commonwealth of VA,    Department of Tax,
                 PO Box 2156,    Richmond, VA 23218-2156
10384531       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Jul 01 2016 02:13:12
                 Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
11047312        E-mail/Text: bankruptcy.notices@selenefinance.com Jul 01 2016 02:12:29
                 DLJ Mortgage Capital, Inc c/o Selene Finance,    PO Box 422039,   Houston, TX 77242-4239
10384532       +E-mail/Text: bankruptcy@icsystem.com Jul 01 2016 02:13:24      I C System Inc,   Po Box 64378,
                 Saint Paul, MN 55164-0378
10384534       +E-mail/Text: mturner@pwcgov.org Jul 01 2016 02:12:39     Prince WIlliam County,
                 1 County Complex Court,    Prince William, VA 22192-9202
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DLJ Mortgage Capital, Inc. c/o Select Portfolio Se
cr              DLJ Mortgage Capital, Inc. c/o Selene Finance
cr              Preston Ridge Partners II, LLC
cr              Prince William County, Virginia
mvnt*          +RealEcon,    c/o James M. Collins,    6606 Tenth St, A-1,    Alexandria, VA 22307-6606
cr*            +Timothy W. Morse,    c/o James W. Reynolds, Esq.,    Odin, Feldman & Pittleman, PC,
                 9302 Lee Highway, #1100,    Fairfax, VA 22031-6054
                                                                                               TOTALS: 4, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0422-9          User: stewarts              Page 2 of 2              Date Rcvd: Jun 30, 2016
                              Form ID: nt400815           Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2016 at the address(es) listed below:
              Andrew Todd Rich    on behalf of Creditor   DLJ Mortgage Capital, Inc. bkvaecfupdates@bww-law.com
              Bernadette Speller Peele    on behalf of Creditor   Prince William County, Virginia
               bpeele@pwcgov.org, lwiseman@pwcgov.org
              Craig Allen Parker    on behalf of Movant   RealEcon Cparker@pskfirm.com
              James M. Collins    on behalf of Creditor   DLJ Mortgage Capital, Inc. c/o Select Portfolio
               Servicing, Inc. jacollins@closingsource.net,  vaecf@closingsource.net;gmullen@closingsource.net
              James M. Collins    on behalf of Creditor   DLJ Mortgage Capital, Inc. c/o Selene Finance
               jacollins@closingsource.net,  vaecf@closingsource.net;gmullen@closingsource.net
              James M. Collins    on behalf of Defendant   RealEcon jacollins@closingsource.net,
               vaecf@closingsource.net;gmullen@closingsource.net
              James M. Collins    on behalf of Movant   RealEcon jacollins@closingsource.net,
               vaecf@closingsource.net;gmullen@closingsource.net
              James W. Reynolds    on behalf of Creditor Timothy W. Morse jim.reynolds@ofplaw.com
              Lisa B. Singer    on behalf of Creditor   Preston Ridge Partners II, LLC Bkmail@rosicki.com
              Thomas P. Gorman    ch13alex@gmail.com, tgorman26@gmail.com
              Thomas Ray Breeden    on behalf of Debtor Christopher  Woods trb@tbreedenlaw.com,
               trm@tbreedenlaw.com
              Thomas Ray Breeden    on behalf of Plaintiff Marie Celeste Woods trb@tbreedenlaw.com,
               trm@tbreedenlaw.com
              Thomas Ray Breeden    on behalf of Joint Debtor Marie Celeste Woods trb@tbreedenlaw.com,
               trm@tbreedenlaw.com
              Thomas Ray Breeden    on behalf of Plaintiff Christopher  Woods trb@tbreedenlaw.com,
               trm@tbreedenlaw.com
                                                                                             TOTAL: 14
```