**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VIRGINIA**
**Eastern (Alexandria) Division**

| | |
|---|---|
| In Re:   Christopher Woods and Marie Celeste Woods | Case No. 11-12708-BFK<br>Chapter 13 |

### LINE OF APPEARANCE

Please enter the appearance of Dinh Ngo, Esq. and McCabe, Weisberg & Conway, LLC, as counsel for the secured creditor, <u>Preston Ridge Partners, LLC,</u> and add our name to the Mailing Matrix to receive copies of all Motions, Orders, Plans, and Notices filed herein.

<u>/s/  Dinh Ngo, Esq.</u>
Attorney for Movant
Bar No. 85661
McCabe, Weisberg & Conway, P.C.
312 Marshall Avenue, Suite 800
Laurel, MD 20707
301-490-1196
bankruptcyva@mwc-law.com

Certificate of Service

I hereby certify that on 31st day of August, 2016 copies of the foregoing Notice were mailed, first class, postage prepaid to:

Christopher Woods
5764 Laurel Glen Court
Manassas, Virginia  20112

Marie Celeste Woods
5764 Laurel Glen Court
Manassas, Virginia  20112

Copies were sent electronically thru the CM/ECF system to Thomas Ray Breeden, Esq., and Thomas P. Gorman, Trustee.

<u>/s/ Dinh Ngo, Esq.</u>

16-703081