# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

In re:  CHRISTOPHER WOODS  
       MARIE CELESTE WOODS  
       Debtor(s)

Case No.:  11-12708-BFK

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Thomas P. Gorman, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  04/12/2011.
2) The plan was confirmed on  10/05/2012.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  04/17/2015.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  07/29/2013, 07/25/2014, 02/26/2015, 07/29/2015, 01/14/2016.
5) The case was completed on  10/17/2016.
6) Number of months from filing or conversion to last payment:  66.
7) Number of months case was pending:  67.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  51,278.00.
10) Amount of unsecured claims discharged without full payment:  166,013.45.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor: | $131,221.95 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | **$131,221.95** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through The Plan: | $42,554.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $6,028.33 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$48,582.33** |

Attorney fees paid and disclosed by debtor:     $2,975.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|

# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

In re:  CHRISTOPHER WOODS                                                          Case No.:  11-12708-BFK
        MARIE CELESTE WOODS
            Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

| Creditor | Class | | | | | |
|---|---|---:|---:|---:|---:|---:|
| ASSOCIATED CREDIT SERVICES | Unsecured | 86.53 | NA | NA | .00 | .00 |
| CAPIO PARTNERS LLC | Unsecured | 359.80 | 21.62 | 21.62 | 5.44 | .00 |
| CAPITAL ONE BANK USA, NA | Unsecured | 1,998.00 | 1,998.84 | 1,998.84 | 503.40 | .00 |
| COLLECTION/CCS | Unsecured | 157.00 | NA | NA | .00 | .00 |
| CREDIT MANAGEMENT CO. | Unsecured | 360.00 | NA | NA | .00 | .00 |
| CREDIT MANAGEMENT CO. | Unsecured | 183.00 | NA | NA | .00 | .00 |
| DR JEFFERY JAMES | Unsecured | 147.95 | NA | NA | .00 | .00 |
| FITNESS 19 | Unsecured | NA | NA | NA | .00 | .00 |
| IC SYSTEM | Unsecured | 301.00 | NA | NA | .00 | .00 |
| IC SYSTEMS, INC. | Unsecured | 69.00 | 69.70 | 69.70 | 17.56 | .00 |
| IMPORT SERVICE EMPORIUM INC | Unsecured | 3,821.93 | NA | NA | .00 | .00 |
| PRESTON RIDGE PARTNERS II, LLC | Secured | 29,246.30 | 29,246.30 | 29,246.30 | 29,246.30 | .00 |
| PRESTON RIDGE PARTNERS II, LLC | Secured | NA | 36,664.48 | 36,664.48 | 36,664.48 | .00 |
| PRINCE WILLIAM COUNTY | Priority | 1,076.00 | 24.00 | .00 | .00 | .00 |
| PRINCE WILLIAM COUNTY | Secured | NA | .00 | .00 | .00 | .00 |
| QUEST DIAGNOSTICS, INC. | Unsecured | 52.32 | NA | NA | .00 | .00 |
| RAILROAD DENTAL ASSOCIATES | Unsecured | 149.00 | NA | NA | .00 | .00 |
| REALCON | Unsecured | 105,706.49 | 110,116.86 | 110,116.86 | .00 | .00 |
| SUBURBAN CREDIT CO | Unsecured | 854.48 | NA | NA | .00 | .00 |
| TIMOTHY MORSE | Unsecured | 14,000.00 | 13,900.00 | 18,700.00 | 4,709.50 | .00 |
| UNITED COMPUCRED COLLECTIONS | Unsecured | 87.00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | Unsecured | NA | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

In re: CHRISTOPHER WOODS  
MARIE CELESTE WOODS  
Debtor(s)

Case No.: 11-12708-BFK

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| VIRGINIA DEPT. OF TAXATION | Unsecured | NA | 45,635.06 | 45,635.06 | 11,492.94 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | 29,246.30 | 29,246.30 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | 36,664.48 | 36,664.48 | .00 |
| **TOTAL SECURED:** | 65,910.78 | 65,910.78 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 176,542.08 | 16,728.84 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration: | $48,582.33 | |
| Disbursements to Creditors: | $82,639.62 | |
| **TOTAL DISBURSEMENTS:** | | $131,221.95 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 11/07/2016         By: /s/Thomas P. Gorman  
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.